1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  NAJI ABDULA AL-TAWIL,                    )
                                             )   No. C 08-0015 MHP
13               Plaintiff,                   )
                                             )
14          v.                               )   **STIPULATION TO DISMISS AND**
                                             )   **[PROPOSED] ORDER**
15  DAVID N. STILL, Director, USCIS          )
    San Francisco District Office;            )
16  ROBIN L. BARRETT, Field Office Director,  )
    USCIS San Francisco District Office;      )
17  EMILIO T. GONZALEZ, Director, U.S.        )
    Citizenship and Immigration Services;     )
18  MICHAEL CHERTOFF, Secretary,             )
    Department of Homeland Security,          )
19                                           )
                 Defendants.                  )
20  _____ )

21         Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

22  of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of

23  the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's

24  Petition to Remove Conditions on Residence (Form I-751).

25  ///

26  ///

27  ///

28  ///

Stipulation to Dismiss
C08-0015 MHP                              1

1     Each of the parties shall bear their own costs and fees.

2 Dated: March 7, 2008                   Respectfully submitted,

3                                JOSEPH P. RUSSONIELLO
United States Attorney

4

5                              /s/

6                              ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

7

8 Dated: March 6, 2008                       /s/

9                              ROBERT B. JOBE
Attorney for Plaintiff

10

11                            **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13

14

15 Date: 3/12/2008

16                          MARILYN
United St

IT IS SO ORDERED

Judge Marilyn H. Patel

17

18

19

20

21

22

23

24

25

26

27     [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures

28 indicated by a "conformed" signature (/S/) within this efiled document.